AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KIMBERLY MAJORS

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:    CV 104-47

MORGAN TIRE and AUTO, INC. DBA
TIRES PLUS TOTAL CAR CARE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered March 5, 2007, that claims of plaintiff,

KIMBERLY MAJORS, against defendant, MORGAN TIRE and AUTO, INC. DBA TIRES

PLUS TOTAL CAR CARE, are dismissed with prejudice subject to the right, upon good cause

shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the

settlement.

| March 5, 2007 | Scott L. Poff |
|---|---|
| *Date* | Clerk |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03